# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Melvin DeWitt, | C/A No.: 3:17-cv-1336-TLW |
| Plaintiff, | |
| vs. | **ORDER** |
| OHS/Federal Emergency Management Agency, | |
| Defendant. | |

Plaintiff filed this action on May 23, 2017. ECF No. 1. On October 10, 2017, Defendant filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6) for lack of subject matter jurisdiction. ECF No. 17. On October 11, 2017, the Court entered a Roseboro Order giving notice to Plaintiff that if he did not adequately respond to the motion, the case may be dismissed. ECF No. 18. Thereafter, Plaintiff filed a response in opposition to the motion and an amended response, ECF Nos. 21, 22, to which Defendant replied, ECF No. 23. On December 21, 2017, United States Magistrate Judge Paige J. Gossett filed a Report and Recommendation recommending granting the Defendant's motion and dismissing the case. ECF No. 24. The deadline to file objections to the Report and Recommendation was January 4, 2018. *Id.* Plaintiff did not file objections.

Before the Court are Plaintiff's motions for an extension of time and to stay the case, filed on January 16, 2018. ECF Nos. 28, 29. In his motions, Plaintiff seeks additional time in which to obtain counsel and to object to the Report and Recommendation. *Id.*

The Court has reviewed the record, relevant filings, and the applicable law, and notes that the deadline for Plaintiff to respond to the Report and Recommendation was January 4, 2018. After

careful consideration and for good cause shown, **IT IS ORDERED** that the deadline for Plaintiff to object to the Report and Recommendation, ECF No. 24, is hereby extended until February 19, 2018, in order for Plaintiff to obtain counsel and file objections. To the extent that Plaintiff seeks to stay the case, that motion is **DENIED**.

    **IT IS SO ORDERED.**

                                ___*s/Terry L. Wooten*_____
                                   Chief United States District Judge

January 19, 2018
Columbia, South Carolina